```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
VICTORIANO TAVAREZ, individually, and on behalf                    :
of all others similarly situated,                                  :
                                                                   :
                                   Plaintiff,                      :      21-cv-9791 (LJL)
                                                                   :
                -v-                                                :      ORDER
                                                                   :
1908 BRANDS, INC.,                                                 :
                                                                   :
                                   Defendant.                      :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/17/2022

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: February 17, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge